UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BEVERLY POLLARD,

     Plaintiff,                       Case No: 2:16-cv-11281-TLL-PTM

vs.                                     Hon. Denise Page Hood

TMI HOSPITALITY GP, L.L.C., MIDWEST
HERITAGE INN OF SAGINAW, L.P., and
MARRIOTT INTERNATIONAL, INC.,

     Defendants.
_____/

| THE MASTROMARCO FIRM | COLLINS EINHORN FARRELL PC |
|---|---|
| VICTOR J MASTROMARCO, JR. (P34564) | MICHAEL J. SULLIVAN (P35599) |
| KEVIN J. KELLY (P74546) | RICHARD A. JOSLIN, JR. (P47510) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 1024 N. Michigan Avenue | 4000 Town Center, 9th Floor |
| Saginaw, MI  48602 | Southfield, MI  48075 |
| (989) 752-1414 | (248) 355-4141 |
| vmastromar@aol.com | Richard.joslin@ceflawyers.com |

_____/

## **STIPULATION FOR DISMISSAL**

     IT IS HEREBY STIPULATED by and between the parties that this matter

is dismissed with prejudice and without costs to any party.

| THE MASTROMARCO FIRM | COLLINS EINHORN FARRELL PC |
|---|---|
| /s/Victor J. Mastromarco, Jr._____ | /s/Richard A. Joslin, Jr._____ |
| VICTOR J MASTROMARCO, JR. (P34564) | MICHAEL J. SULLIVAN (P35599) |
| KEVIN J. KELLY (P74546) | RICHARD A. JOSLIN, JR. (P47510) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 1024 N. Michigan Avenue | 4000 Town Center, 9th Floor |
| Saginaw, MI  48602 | Southfield, MI  48075 |
| (989) 752-1414 | (248) 355-4141 |
| vmastromar@aol.com | Richard.joslin@ceflawyers.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BEVERLY POLLARD,

     Plaintiff,                           Case No: 2:16-cv-11281-TLL-PTM

vs.                                  Hon. Denise Page Hood

TMI HOSPITALITY GP, L.L.C., MIDWEST
HERITAGE INN OF SAGINAW, L.P., and
MARRIOTT INTERNATIONAL, INC.,

     Defendants.

_____/

| | |
|---|---|
| THE MASTROMARCO FIRM | COLLINS EINHORN FARRELL PC |
| VICTOR J MASTROMARCO, JR. (P34564) | MICHAEL J. SULLIVAN (P35599) |
| KEVIN J. KELLY (P74546) | RICHARD A. JOSLIN, JR. (P47510) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 1024 N. Michigan Avenue | 4000 Town Center, 9th Floor |
| Saginaw, MI  48602 | Southfield, MI  48075 |
| (989) 752-1414 | (248) 355-4141 |
| vmastromar@aol.com | Richard.joslin@ceflawyers.com |

_____/

### ORDER OF DISMISSAL

Upon reading and filing of the above Stipulation,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and

without costs to any party.

This is a final order and closes the case.

Dated:  August 8, 2017

s/Denise Page Hood
Chief Judge, U.S. DISTRICT COURT